IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAKOTA CLAY AHLGRIM,

    Petitioner,

v.                                                                       No. CIV 13-0489 JB/CG

GERMAN FRANCO, WARDEN,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** having come before the Court, under rules 4 and 11 of the Rules Governing Section 2254 Cases, for preliminary consideration of Petitioner Dakota Clay Ahlgrim's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody, filed May 24, 2013 (Doc. 1)("Petition"); and the Court having entered a Memorandum Opinion and Order of Dismissal of the Petition,

**IT IS ORDERED** that judgment is hereby entered in favor of Respondent, German Franco, Warden, and this proceeding is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Dakota Clay Ahlgrim
Penitentiary of New Mexico
Santa Fe, New Mexico

    *Petitioner*

Gary K. King
   New Mexico State Attorney General
Jane Bernstein
   Assistant New Mexico State Attorney
Santa Fe, New Mexico

    *Attorneys for the Respondent*